IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>　　　　Defendant. | C.A. No.  1:21-cv-12110-FDS |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, please enter the appearance of Elizabeth A. DiMarco of Wolf, Greenfield & Sacks, P.C. as counsel of record for Defendant Google LLC in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: January 6, 2022　　　　　　　　　*/s/ Elizabeth A. DiMarco*
　　　　　　　　　　　　　　　　　　　　Elizabeth A. DiMarco (BBO No. 681921)
　　　　　　　　　　　　　　　　　　　　WOLF, GREENFIELD & SACKS, P.C.
　　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　617.646.8000 Phone
　　　　　　　　　　　　　　　　　　　　617.646.8646 Fax
　　　　　　　　　　　　　　　　　　　	edimarco@wolfgreenfield.com

　　　　　　　　　　　　　　　　　　　	*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                          */s/ Elizabeth A. DiMarco*
                                          Elizabeth A. DiMarco