UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | C.A. No. 1:21-cv-12110-FDS |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Google LLC ("Google") hereby moves the Court, with the assent of Plaintiff Singular Computing LLC ("Singular"), for an extension of time through and including **February 11, 2022**, for Google to answer or otherwise respond to Singular's Complaint ("Complaint"). The current deadline is January 12, 2022. The requested 30-day extension will not cause a material delay in this action. Moreover, Singular has agreed to and thus will not be prejudiced by the extension.

WHEREFORE, Google respectfully requests that the Court grant this motion and extend Google's time to answer or otherwise respond to the Complaint through and including February 11, 2022.

Respectfully submitted,

Date: January 6, 2022

*/s/ Nathan R. Speed*
Gregory F. Corbett (BBO No. 646394)
Nathan R. Speed (BBO No. 670249)
Elizabeth A. DiMarco (BBO No. 681921)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
gcorbett@wolfgreenfield.com
nspeed@wolfgreenfield.com
edimarco@wolfgreenfield.com

*Counsel for Defendant Google LLC*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I certify that counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC conferred in good faith regarding resolution of this motion. Counsel for Plaintiff Singular stated that Plaintiff would not oppose this motion.

/s/ Nathan R. Speed
Nathan R. Speed

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Nathan R. Speed
Nathan R. Speed