IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>         Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>         Defendant. | C.A. No.  1:21-cv-12110-FDS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Anant K. Saraswat of Wolf, Greenfield & Sacks, P.C. as counsel of record for Defendant Google LLC in the above-captioned matter.

Respectfully submitted,

Date: February 11, 2022

/s/ *Anant K. Saraswat*
Anant K. Saraswat (BBO No. 676048)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
asaraswat@wolfgreenfield.com

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                        */s/ Anant K. Saraswat*
                                        Anant K. Saraswat