IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | C.A. No. 1:21-cv-12110-FDS |

## DEFENDANT GOOGLE LLC'S MOTION TO STAY

Defendant Google LLC ("Google") hereby moves to stay this litigation pending completion of *inter partes* review proceedings involving patents related to the patents asserted in this case.

As set forth more fully in the accompanying memorandum of law, this case should be briefly stayed pending final written decisions from the U.S. Patent Trial and Appeal Board ("PTAB") addressing the patentability of three patents that Plaintiff Singular Computing LLC ("Singular") has asserted against Google in a related litigation pending in this court. *Singular Computing LLC v. Google LLC*, 1:19-cv-12551-FDS ("*Singular I*"). The PTAB is expected to issue its three final written decisions no later than **May 14, 2022**, and those decisions will have a material impact on both *Singular I* and, by extension, this litigation as well given the close relationship between the patents asserted in each case and the identity of parties and accused products.

WHEREFORE, Google respectfully requests that the Court GRANT this Motion and STAY further proceedings pending final written decisions from the PTAB addressing the patents asserted in *Singular I*.

Date: February 11, 2022									Respectfully submitted,

/s/ Nathan R. Speed
Gregory F. Corbett (BBO #646394)
gcorbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
Anant K. Saraswat (BBO #676048)
asaraswat@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
edimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest*
rvannest@keker.com
Michelle Ybarra*
mybarra@keker.com
Eugene M. Paige*
epaige@keker.com
Andrew Bruns*
abruns@keker.com
Vishesh Narayen*
vnarayen@keker.com
Anna Porto*
aporto@keker.com
Deeva Shah*
dshah@keker.com
Stephanie J. Goldberg*
sgoldberg@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
(415) 391-5400

Michael S. Kwun*
mkwun@kblfirm.com
Asim Bhansali*
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA  94111

(415) 630-2350

Matthias A. Kamber*
mattiaskamber@paulhastings.com
PAUL HASTINGS, LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
Phone: (415) 856-7050
Fax: (415) 856-7150

*Counsel for Defendant Google LLC*
**motions for pro hac vice to be filed*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

      I, Nathan R. Speed, counsel for Defendant Google LLC, hereby certify that we have conferred with counsel for Singular Computing LLC to resolve or narrow the issues presented in this motion but, after good faith attempt, the parties reached no agreement.

Date: February 11, 2022    */s/ Nathan R. Speed*
                                                                              Nathan R. Speed

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


Date: February 11, 2022   /s/ *Nathan R. Speed*
                                                          Nathan R. Speed