**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>                 Defendant. | C.A. No. 1:21-cv-12110-FDS |

**<u>DEFENDANT GOOGLE LLC'S MOTION TO DISMISS</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Google LLC ("Google") hereby moves to dismiss all counts in Plaintiff Singular Computing LLC ("Singular")'s Complaint.

The Complaint alleges that Google infringes one or more claims of U.S. Patent Nos. 10,754,616 and 11,169,775 ("the patents in suit"). As set forth more fully in the accompanying memorandum of law, the Complaint fails to allege facts that are sufficient, even if accepted as true, to state a claim for relief that is plausible on its face. The Complaint's counts alleging infringement of the patents in suit should therefore be dismissed because they fail to state claims upon which relief can be granted.

WHEREFORE, Google respectfully requests that the Court GRANT this Motion and DISMISS Singular's Complaint.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Google respectfully requests that the Court hold oral argument on this motion, as Google believes that oral argument will assist the Court.

Date: February 11, 2022                          Respectfully submitted,


                                                 */s/ Nathan R. Speed*
                                                 Gregory F. Corbett (BBO #646394)
                                                 gcorbett@wolfgreenfield.com
                                                 Nathan R. Speed (BBO #670249)
                                                 nspeed@wolfgreenfield.com
                                                 Anant K. Saraswat (BBO #676048)
                                                 asaraswat@wolfgreenfield.com
                                                 Elizabeth A. DiMarco (BBO #681921)
                                                 edimarco@wolfgreenfield.com
                                                 WOLF, GREENFIELD & SACKS, P.C.
                                                 600 Atlantic Avenue
                                                 Boston, MA 02210
                                                 Telephone: (617) 646-8000
                                                 Fax: (617) 646-8646

                                                 Robert Van Nest*
                                                 rvannest@keker.com
                                                 Michelle Ybarra*
                                                 mybarra@keker.com
                                                 Eugene M. Paige*
                                                 epaige@keker.com
                                                 Andrew Bruns*
                                                 abruns@keker.com
                                                 Vishesh Narayen*
                                                 vnarayen@keker.com
                                                 Anna Porto*
                                                 aporto@keker.com
                                                 Deeva Shah*
                                                 dshah@keker.com
                                                 Stephanie J. Goldberg*
                                                 sgoldberg@keker.com
                                                 KEKER, VAN NEST & PETERS LLP
                                                 633 Battery Street
                                                 San Francisco, CA  94111-1809
                                                 (415) 391-5400

                                                 Michael S. Kwun*
                                                 mkwun@kblfirm.com
                                                 Asim Bhansali*
                                                 abhansali@kblfirm.com
                                                 KWUN BHANSALI LAZARUS LLP
                                                 555 Montgomery Street, Suite 750
                                                 San Francisco, CA  94111

3

(415) 630-2350

Matthias A. Kamber*
matthiaskamber@paulhastings.com
PAUL HASTINGS, LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111

*Counsel for Defendant Google LLC*
*\*motions for pro hac vice to be filed*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Nathan R. Speed, counsel for Defendant Google LLC, hereby certify that we have conferred with counsel for Singular Computing LLC to resolve or narrow the issues presented in this motion but, after good faith attempt, the parties reached no agreement.


Date: February 11, 2022                    */s/ Nathan R. Speed*
                                           Nathan R. Speed (BBO # 670249)
                                           WOLF, GREENFIELD & SACKS, P.C.
                                           600 Atlantic Avenue
                                           Boston, MA 02210
                                           617.646.8000 Phone
                                           617.646.8646 Fax
                                           nspeed@wolfgreenfield.com




## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


Date: February 11, 2022                    */s/ Nathan R. Speed*
                                           Nathan R. Speed