IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | C.A. No. 1:21-cv-12110-FDS |

**DECLARATION OF NATHAN R. SPEED IN SUPPORT OF DEFENDANT GOOGLE LLC'S RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

I, Nathan R. Speed, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and admitted to practice before this Court. I am a shareholder at the law firm of Wolf, Greenfield & Sacks, P.C. I represent Defendant Google LLC ("Google") in this case.

2. I make this declaration based on my personal knowledge and on a reasonable investigation of the facts relevant to this case. If called upon to testify regarding the facts in this Declaration, I am willing and able to do so.

3. Attached hereto as Exhibit A is a true and accurate copy of United States Patent No. 10,754,616.

4. Attached hereto as Exhibit B is a true and accurate copy of United States Patent No. 11,169,775.

5. Attached hereto as Exhibit C is the portion of an archived Google webpage cited in the complaint at paragraphs 54 and 109, https://cloud.google.com/tpu/docs/beginners-guide.

Based on my understanding of how the WayBack Machine functions, I understand the website depicted in Exhibit C to be an archived version of the Google webpage cited in the complaint at paragraphs 54 and 109 as that webpage existed on October 9, 2021.  The October 9, 2021 archived version of the Google webpage is the most recent version of the webpage that the WayBack Machine archived prior to Singular filing its complaint in this case.  The archived webpage was retrieved and downloaded (and can still be retrieved and downloaded) from The WayBack Machine at the following link:

https://web.archive.org/web/20211009235618/https://cloud.google.com/tpu/docs/beginners-guide

Executed in Portland, Maine on February 11, 2022.

/s/ *Nathan R. Speed*
Nathan R. Speed

## **CERTIFICATE OF SERVICE**

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Date: February 11, 2022             */s/ Nathan R. Speed*
                                                  Nathan R. Speed (BBO # 670249)
                                                  WOLF, GREENFIELD & SACKS, P.C.