UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | C.A. No.  1:21-cv-12110-FDS |

## DEFENDANT GOOGLE LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

Respectfully submitted,

Date:  February 11, 2022

*/s/ Gregory F. Corbett*
Gregory F. Corbett (BBO No. 646394)
Nathan R. Speed (BBO No. 670249)
Anant K. Saraswat (BBO No. 676048)
Elizabeth A. DiMarco (BBO No. 681921)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
gcorbett@wolfgreenfield.com
nspeed@wolfgreenfield.com
asaraswat@wolfgreenfield.com
edimarco@wolfgreenfield.com

Robert Van Nest (*pro hac vice* pending)
Michelle Ybarra (*pro hac vice* pending)
Andrew Bruns (*pro hac vice* pending)
Deeva Shah (*pro hac vice* pending)
Anna Porto (*pro hac vice* pending)
Vishesh Narayen (*pro hac vice* pending)
Eugene Paige (*pro hac vice* pending)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
(415) 391-5400
rvannest@keker.com
mybarra@keker.com
abruns@keker.com
dshah@keker.com
aporto@keker.com
gthole@keker.com
vnarayen@keker.com
epaige@keker.com

Michael S. Kwun (*pro hac vice* pending)
Asim Bhansali (*pro hac vice* pending)
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA  94111
(415) 630-2350
mkwun@kblfirm.com
abhansali@kblfirm.com

*Counsel for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                */s/ Gregory F. Corbett*
                                                Gregory F. Corbett