# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:21-cv-12110-FDS |

## CERTIFICATION OF ANDREW BRUNS
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrew Bruns, certify as follows:

1. I am an associate at the law firm Keker, Van Nest & Peters LLP in San Francisco, California.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of California; the State Bar of Illinois; the U.S. Supreme Court; the U.S. Court of Appeals for the Fourth, Sixth and Seventh Circuits; the U.S. District Courts for the Northern, Southern, Eastern, and Central Districts of California; the U.S. District Court for the Northern District of Illinois; and the U.S. District Court for the Western District of Tennessee.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 11th day of February, 2022.

*/s/ Andrew Bruns*
Andrew Bruns