# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:21-cv-12110-FDS |

**CERTIFICATION OF MATTHIAS A. KAMBER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthias A. Kamber, certify as follows:

1. I am a partner at the law firm Paul Hastings, LLP in San Francisco, California.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of California, the District of Columbia Bar, the State Bar of New York, and the State Bar of Massachusetts.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

Signed under the penalties of perjury on this 11th day of February, 2022.

                                                       */s/ Matthias A. Kamber*
                                                       Matthias A. Kamber