# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant. | C.A. No. 1:21-cv-12110-FDS |

**CERTIFICATION OF ASIM M. BHANSALI**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Asim M. Bhansali, certify as follows:

  1.  I am a partner at the law firm Kwun Bhansali Lazarus LLP in San Francisco, CA.

  2.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the California State Bar; Texas State Bar; New York State Bar; U.S. District Court, Northern District of California; U.S. District Court, Central District of California; U.S. District Court, Southern District of California; U.S. District Court, Eastern District of Texas; U.S. District Court, Southern District of Texas; U.S. District Court, Western District of Texas; U.S. District Court, Southern District of New York; U.S. District Court, District of Colorado; U.S. Court of Appeals, Third Circuit; U.S. Court of Appeals, Fifth Circuit; U.S. Court of Appeals, Ninth Circuit; U.S. Court of Appeals, Federal Circuit; U.S. Supreme Court.

  3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

  4.  I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 11th day of February, 2022.

<u>/s/ Asim M. Bhansali</u><br>
Asim M. Bhansali