# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant. | C.A. No.  1:21-cv-12110-FDS |

**CERTIFICATION OF DEEVA V. SHAH**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Deeva V. Shah, certify as follows:

  1.  I am an associate at the law firm Keker, Van Nest & Peters LLP in San Francisco, California.

  2.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of California and the U.S. District Courts for the Northern and Central Districts of California.

  3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

  4.  I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

  5.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

Signed under the penalties of perjury on this 11th day of February, 2022.

*/s/ Deeva V. Shah*
Deeva V. Shah
