# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No.  1:21-cv-12110-FDS |

**CERTIFICATION OF MICHELLE YBARRA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michelle Ybarra, certify as follows:

    1.    I am a partner at the law firm Keker, Van Nest & Peters LLP in San Francisco, California.

    2.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of California; the U.S. Court of Appeals for the Ninth Circuit; the U.S. District Court for the District of Colorado; and the U.S. District Courts for the Northern and Central Districts of California.

    3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

    4.    I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

    5.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

Signed under the penalties of perjury on this 11th day of February, 2022.

*/s/ Michelle Ybarra*
Michelle Ybarra