# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | C.A. No. 1:21-cv-12110-FDS |

**CERTIFICATION OF MICHAEL S. KWUN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael S. Kwun, certify as follows:

    1.    I am a partner at the law firm Kwun Bhansali Lazarus LLP in San Francisco, CA.

    2.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the California State Bar; U.S. District Court, Northern District of California; U.S. District Court, Central District of California; U.S. District Court, Eastern District of California; U.S. District Court, Southern District of California; U.S. District Court, District of Colorado; U.S. District Court, Eastern District of Michigan; U.S. Court of Appeals, Ninth Circuit; U.S. Court of Appeals, Federal Circuit; U.S. Supreme Court.

    3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

    4.    I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

    5.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

Signed under the penalties of perjury on this 11th day of February, 2022.

                                                              */s/ Michael S. Kwun*
                                                              Michael S. Kwun