# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

        Plaintiff,

v.

GOOGLE LLC,

        Defendant.

C.A. No.  1:21-cv-12110-FDS

## CERTIFICATION OF VISHESH NARAYEN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Vishesh Narayen, certify as follows:

1.      I am a senior IP attorney at the law firm Keker, Van Nest & Peters LLP in San Francisco, California.

2.      I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of Florida; the State Bar of Illinois; the U.S. Court of Appeals for the Federal Circuit; the U.S. District Court for the Middle District of Florida; and the U.S. District Court for the Northern District of California.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 11th day of February, 2022.

_/s/ Vishesh Narayen_
Vishesh Narayen