IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | C.A. No.  1:21-cv-12110-FDS |

**CERTIFICATION OF EUGENE M. PAIGE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Eugene M. Paige, certify as follows:

    1.    I am a partner at the law firm Keker, Van Nest & Peters LLP in San Francisco, California.

    2.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of California; the D.C. Bar; the United States District Court for the District of Columbia; the Supreme Court of the United States; the U.S. Court of Appeals for the Federal Circuit; the U.S. Court of Appeals for the Ninth Circuit; the U.S. District Court for the Northern District of California; the U.S. District Court for the Central District of California; the U.S. District Court for the Southern District of California; the U.S. District Court for the Eastern District of California; the U.S. District Court for the Eastern District of Texas; and the U.S. District Court for the District of Colorado.

    3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 11th day of February, 2022.

          */s/ Eugene M. Paige*
          Eugene M. Paige