UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Singular Computing LLC, | ) ) ) | Civil Action No. 1:21-cv-12110-FDS |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| Google LLC, | ) ) |  |
| Defendant. | ) ) |  |

**SINGULAR COMPUTING LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOOGLE'S MOTION TO STAY**

Plaintiff, Singular Computing LLC ("Singular"), moves this Court for a fourteen day extension of the deadline to respond to the Motion of Defendant, Google LLC ("Google"), to Stay (Dkt. No. 12), from the current deadline of February 25, 2022, until March 11, 2022.  The requested 14-day extension will not cause a material delay in this action and no party will be prejudiced by the extension.  In addition, Singulare has conferred with counsel for Google, and they indicated that Google does not oppose this motion.

WHEREFORE, Singular respectfully requests that the Court grant this motion and extend Singular's deadline for its response to March 11, 2022.

February 23, 2022                                    Respectfully submitted,

                                                     /s/ Paul J. Hayes
                                                     Paul J. Hayes (BBO #227000)
                                                     Matthew D. Vella (BBO #660171)
                                                     Kevin Gannon (BBO #640931)
                                                     Brian M. Seeve (BBO #670455)
                                                     Daniel McGonagle (BBO #690084)
                                                     **PRINCE LOBEL TYE LLP**
                                                     One International Place, Suite 3700
                                                     Boston, MA 02110
                                                     Tel: (617) 456-8000
                                                     Email: phayes@princelobel.com
                                                     Email: mvella@princelobel.com
                                                     Email: kgannon@princelobel.com
                                                     Email: bseeve@pricelobel.com
                                                     Email: dmcgonagle@princelobel.com


                                    ATTORNEYS FOR THE PLAINTIFF



                              CERTIFICATE OF CONSULTATION

   I certify that, in accordance with L.R. 7.1(a)(2), counsel for Singular and counsel for Google met and conferred in good faith regarding resolution of this motion.  Counsel for Google stated that they do not oppose this motion.

                                    /s/ Paul J. Hayes



                                CERTIFICATE OF SERVICE

   I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system



                                    /s/ Paul J. Hayes


2