# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Civil Action No. 1:21-cv-12110<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR FILING AMENDED COMPLAINT

Plaintiff, Singular Computing LLC ("Singular"), and Defendant, Google LLC ("Google"), hereby stipulate and agree as follows:

1. Singular may file an Amended Complaint on or before March 11, 2022.

2. Google will have thirty (30) days from the filing of the Amended Complaint to answer or otherwise respond.

Dated: March 10, 2022

Respectfully submitted,

*/s/ Paul J. Hayes*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Brian M. Seeve (BBO #670455)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@pricelobel.com
Email: dmcgonagle@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

*/s/ Nathan R. Speed*
Gregory F. Corbett (BBO No. 646394)
Nathan R. Speed (BBO No. 670249)
Anant K. Saraswat (BBO No. 676048)
Elizabeth A. DiMarco (BBO No. 681921)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
gcorbett@wolfgreenfield.com
nspeed@wolfgreenfield.com
asaraswat@wolfgreenfield.com
edimarco@wolfgreenfield.com

Robert Van Nest *(pro hac vice)*
Michelle Ybarra *(pro hac vice)*
Andrew Bruns *(pro hac vice)*
Deeva Shah *(pro hac vice)*
Anna Porto *(pro hac vice)*
Vishesh Narayen *(pro hac vice)*
Eugene Paige *(pro hac vice)*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400
rvannest@keker.com
mybarra@keker.com
abruns@keker.com
dshah@keker.com
aporto@keker.com
gthole@keker.com
vnarayen@keker.com
epaige@keker.com

Michael S. Kwun *(pro hac vice)*
Asim Bhansali *(pro hac vice)*
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350
mkwun@kblfirm.com
abhansali@kblfirm.com

2

Matthias A. Kamber *(pro hac vice)*
matthiaskamber@paulhastings.com
PAUL HASTINGS, LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111

COUNSEL FOR DEFENDANT GOOGLE LLC

3