# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:21-cv-12110-FDS<br><br>Hon. F. Dennis Saylor IV |

## DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S MOTION TO STAY

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff in this action, Singular Computing LLC ("Singular"). I submit this declaration in support of Singular's opposition to the motion of defendant, Google LLC, to stay this case (Dkt. No. 13).

2. Attached hereto as Exhibit A are true and correct copies of two pages of Alphabet Inc.'s Securities and Exchange Commission Form 10-Q for the third quarter of the fiscal year ended December 31, 2021.

3. Attached hereto as Exhibit B are true and correct copies of three pages from the Decision Granting Institution in IPR2021-00155.

4. Attached hereto as Exhibit C are true and correct copies of three pages from the Decision Granting Institution in IPR2021-00165.

5. Attached hereto as Exhibit D are true and correct copies of three pages from the Decision Granting Institution in IPR2021-00179.

6. Attached hereto as Exhibit E are true and correct copies of two pages of Alphabet Inc.'s Securities and Exchange Commission Form 10-K for the fiscal year ended December 31, 2021.

7. Attached hereto as Exhibit F is a true and correct copy of an Order issued on February 22, 2022 in *Solas OLED Ltd. v. Samsung Display Co. Ltd. et al.*, Civil Action No. 2:21-cv-104-JRG pending in the United States District Court for the Eastern District of Texas.

8. Attached hereto as Exhibit G is a true and correct copy of the Summons and Return of Service in this case.

9. Attached hereto as Exhibit H is a true and correct copy of the first page of U.S. Patent No. 11,169,775.

Executed under the penalties of perjury of the United States at Boston, Massachusetts on March 11, 2022.

*/s/ Kevin Gannon*