# EXHIBIT A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2021

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____
Commission file number: 001-37580

# Alphabet Inc.

(Exact name of registrant as specified in its charter)

| Delaware | 61-1767919 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**
(Address of principal executive offices, including zip code)

**(650) 253-0000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.001 par value | GOOGL | Nasdaq Stock Market LLC (Nasdaq Global Select Market) |
| Class C Capital Stock, $0.001 par value | GOOG | Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of October 19, 2021, there were 300,809,676 shares of Alphabet's Class A common stock outstanding, 45,216,540 shares of Alphabet's Class B common stock outstanding, and 317,737,778 shares of Alphabet's Class C capital stock outstanding.

Table of Contents

Alphabet Inc.

## Alphabet Inc.
## CONSOLIDATED STATEMENTS OF INCOME
(in millions, except per share amounts; unaudited)

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
|  | 2020 | 2021 | 2020 | 2021 |
| Revenues | $ 46,173 | $ 65,118 | $ 125,629 | $ 182,312 |
| Costs and expenses: | | | | |
| Cost of revenues | 21,117 | 27,621 | 58,652 | 77,951 |
| Research and development | 6,856 | 7,694 | 20,551 | 22,854 |
| Sales and marketing | 4,231 | 5,516 | 12,632 | 15,308 |
| General and administrative | 2,756 | 3,256 | 8,221 | 9,370 |
| Total costs and expenses | 34,960 | 44,087 | 100,056 | 125,483 |
| Income from operations | 11,213 | 21,031 | 25,573 | 56,829 |
| Other income (expense), net | 2,146 | 2,033 | 3,820 | 9,503 |
| Income before income taxes | 13,359 | 23,064 | 29,393 | 66,332 |
| Provision for income taxes | 2,112 | 4,128 | 4,351 | 10,941 |
| Net income | $ 11,247 | $ 18,936 | $ 25,042 | $ 55,391 |
| | | | | |
| Basic net income per share of Class A and B common stock and Class C capital stock | $ 16.55 | $ 28.44 | $ 36.69 | $ 82.76 |
| Diluted net income per share of Class A and B common stock and Class C capital stock | $ 16.40 | $ 27.99 | $ 36.38 | $ 81.53 |

See accompanying notes.