# EXHIBIT G

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SINGULAR COMPUTING LLC** | |
| *Plaintiff* | |
| v. | Civil Action No.:  **1:21−CV−12110−FDS** |
| **GOOGLE LLC** | |
| *Defendant* | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Google LLC
c/o Corporation Service Company
84 State Street
Boston, MA 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Sandra Burgos**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2021−12−22 12:17:09**, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-12110-FDS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GOOGLE LLC C/O CORPORATION SERVICE COMPANY
was received by me on *(date)* Dec 22, 2021 .

◻ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy
to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim DiVincenzo, Process Specialist , who is designated by law to
accept service of process on behalf of *(name of organization)* GOOGLE LLC C/O CORPORATION SERVICE
COMPANY on *(date)* Wed, Dec 22 2021 ; or

◻ I returned the summons unexecuted because: _____ ; or

◻ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $45.00 .

I declare under penalty of perjury that this information is true.

Date: 12/22/2021

_____
Server's signature

WILLIAM H. DEWSNAP, III Process Server and Disinterested
Person
_____
*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 22, 2021, 3:15 pm EST at 84 STATE ST, BOSTON, MA 02109 received by Jim DiVincenzo,
Process Specialist .

**Documents Served:** SUMMONS IIN A CIVIL ACTION AND COMPLAINT FOR PATENT INFRINGEMENT; CIVIL
COVER SHEET; AND CATEGORY FORM.