# EXHIBIT H

US011169775B2

## (12) United States Patent
### Bates

(10) Patent No.: **US 11,169,775 B2**
(45) Date of Patent: ***Nov. 9, 2021**

(54) **PROCESSING WITH COMPACT ARITHMETIC PROCESSING ELEMENT**

(71) Applicant: **Singular Computing LLC**, Newton, MA (US)

(72) Inventor: **Joseph Bates**, Newton, MA (US)

(73) Assignee: **SINGULAR COMPUTING LLC**, Newton, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/882,694**

(22) Filed: **May 25, 2020**

(65) **Prior Publication Data**

US 2020/0334011 A1   Oct. 22, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 16/571,871, filed on Sep. 16, 2019, now Pat. No. 10,664,236, which is a continuation of application No. 16/175,131, filed on Oct. 30, 2018, now Pat. No. 10,416,961, which is a continuation of application No. 15/784,359, filed on Oct. 16, 2017, now Pat. No. 10,120,648, which is a continuation of application No. 14/976,852, filed on Dec. 21, 2015, now Pat. No. 9,792,088, which is a continuation of application No. 13/849,606, filed on Mar. 25, 2013, now Pat. No. 9,218,156, which is a continuation of application No. 13/399,884, filed on
(Continued)

(51) **Int. Cl.**
*G06F 7/483* (2006.01)
*G06F 7/38* (2006.01)
*H03K 19/17728* (2020.01)
*G06F 7/523* (2006.01)

(52) **U.S. Cl.**
CPC .............. *G06F 7/483* (2013.01); *G06F 7/38* (2013.01); *G06F 7/4833* (2013.01); *G06F 7/5235* (2013.01); *H03K 19/17728* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,493,048 A | 1/1985 | Kung |
| 4,583,222 A | 4/1986 | Fossum |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0632369 A1 | 1/1995 |
| JP | H0877282 A | 3/1996 |

OTHER PUBLICATIONS

US 10,838,694 B2, 11/2020, Bates (withdrawn)
(Continued)

*Primary Examiner* — Michael D. Yaary
(74) *Attorney, Agent, or Firm* — Blueshift IP LLC; Robert Plotkin

(57) **ABSTRACT**

Low precision computers can be efficient at finding possible answers to search problems. However, sometimes the task demands finding better answers than a single low precision search. A computer system augments low precision computing with a small amount of high precision computing, to improve search quality with little additional computing.

**24 Claims, 11 Drawing Sheets**

