# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>                        Defendant. | C.A. No. 1:21-cv-12110-FDS |

## AGREED MOTION FOR ENTRY OF [STIPULATED] ORDER RE: DISCOVERY CROSS-USE

Plaintiff and Defendant jointly submit this motion and hereby submit their Proposed Order governing Discovery Cross-Use.

Accordingly, the parties respectfully request that the Court enter the [STIPULATED] Order re: Discovery Cross-Use attached hereto as Exhibit A.

1846967

Dated: April 7, 2022

By: */s/ Kevin Gannon*
Paul J. Hayes (BBO #227000)
phayes@princelobel.com
Matthew D. Vella (BBO #660171)
mvella@princelobel.com
Kevin Gannon (BBO #640931)
kgannon@princelobel.com
Brian M. Seeve (BBO #670455)
bseeve@pricelobel.com
Daniel McGonagle (BBO #690084)
dmcgonagle@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

ATTORNEYS FOR PLAINTIFF

Dated: April 7, 2022

By: */s/ Nathan R. Speed*
GREGORY F. CORBETT (BBO #646394)
gcorbett@wolfgreenfield.com
NATHAN R. SPEED (BBO #670249)
nspeed@wolfgreenfield.com
ANANT K. SARASWAT (BBO #676048)
asaraswat@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

1

1846967

ROBERT VAN NEST *(pro hac vice)*
rvannest@keker.com
MICHELLE YBARRA *(pro hac vice)*
mybarra@keker.com
EUGENE M. PAIGE *(pro hac vice)*
epaige@keker.com
ANDREW BRUNS *(pro hac vice)*
abruns@keker.com
VISHESH NARAYEN *(pro hac vice)*
vnarayen@keker.com
DEEVA SHAH *(pro hac vice)*
dshah@keker.com
STEPHANIE J. GOLDBERG *(pro hac vice)*
sgoldberg@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400


MICHAEL S. KWUN *(pro hac vice)*
mkwun@kblfirm.com
ASIM BHANSALI *(pro hac vice)*
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

Attorneys for Defendant
GOOGLE LLC

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Dated: April 7, 2022             */s/ Nathan R. Speed*
                                                     Nathan R. Speed