| TRIAL COURT OF MASSACHUSETTS | **NOTICE OF APPEARANCE** | |
|---|---|---|
| COURT DEPARTMENT<br>District | DIVISION OR COUNTY | COURT USE ONLY |
| CASE NAME<br>*[In Matter of]*<br>SINGULAR COMPUTING LLC<br><br>*[v.]*<br>GOOGLE LLC | | DOCKET NUMBER |

**TO THE CLERK- MAGISTRATE / RECORDER / REGISTER:**

Please enter my appearance in the above-named matter

☐ for myself.

☒ as attorney for   Defendant, GOOGLE LLC
                                           (Name(s))

| NAME (FIRST, MIDDLE, LAST)<br>Stephanie J. Goldberg | B.B.O. NUMBER (IF APPLICABLE) |
|---|---|
| FIRM OR AGENCY NAME (IF APPLICABLE)<br>Keker, Van Nest & Peters LLP | OFFICE OR HOME PHONE NUMBER<br>(415) 391-5400 |
| | MOBILE PHONE NUMBER |
| STREET ADDRESS    APT/UNIT #<br>633 Battery Street | |
| | FAX NUMBER<br>(415) 397-7188 |
| CITY/TOWN         STATE   ZIP CODE<br>San Francisco      CA      94111 | E-MAIL ADDRESS<br>sgoldberg@keker.com |
| DATED<br>April 13, 2022 | SIGNATURE<br>X *[signature]* |

[Notice of Appearance (TC001: 09/2017)]    www.mass.gov/courts/forms    Page 1 of 1

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served with a pdf of this document by email on the date of electronic filing.

_____
STEPHANIE J. GOLDBERG

1850300