AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Singular Computing LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-12110-FDS |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC .

Date: 05/02/2022

/s/ Vishesh Narayen
*Attorney's signature*

Vishesh Narayen, 1015975 (FL)
*Printed name and bar number*

Keker, Van Nest & Peters LLP
633 Battery St
San Francisco, CA 94111-1809

*Address*

vnarayen@keker.com
*E-mail address*

(415) 391-5400
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served with a pdf of this document by email on the date of electronic filing.

/s/ Vishesh Narayen

Vishesh Narayen